HERUM\CRABTREE\SUNTAG
A California Professional Corporation
DANA A. SUNTAG (California State Bar No. 125127)
WENDY A. LOCKE (California State Bar No. 285202)
5757 Pacific Avenue, Suite 222
Stockton, California 95207
Telephone: (209) 472-7700
Facsimile: (209) 472-7986

Attorneys for Chapter 7 Trustee
IRMA C. EDMONDS

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

In re:

MICHAEL ANTHONY BATOON ORTIZ and,
MARIA SOCORRO ORTIZ,

Debtors.

NO: 14-23397-D-7

DC No.: HCS 4

**CHAPTER 7 TRUSTEE IRMA C. EDMONDS' MOTION FOR AUTHORIZATION TO SELL PROPERTY**

Date: March 4, 2015
Time: 10:00 a.m.
Place: Department D
The Honorable Robert S. Bardwil

CHAPTER 7 TRUSTEE'S MOTION FOR AUTHORIZATION TO SELL PROPERTY OF THE ESTATE

1

HERUM\CRABTREE\SUNTAG
ATTORNEYS

Chapter 7 Trustee Irma C. Edmonds respectfully moves for authorization to sell, to Debtors Michael Anthony Batoon Ortiz and Maria Socorro Ortiz, the estate's interest in ORBA Corporation, a Philippine corporation ("ORBA"), for 500,000 Philippine Pesos (roughly USD $11,264.70).

The Trustee believes the proposed sale is in the best interests of creditors and the Court should approve it pursuant to Bankruptcy Code Section 363(b).

The Trustee represents the following:

A.  Background Facts

1.  On April 1, 2014, the Debtors filed this case. Irma C. Edmonds is the Chapter 7 Trustee.

2.  In their Schedules, the Debtors disclosed a "pending inheritance from the 2008 death of [Debtor Michael Ortiz's] father in the Philippines . . . Debtor believes his inheritance, if it can ever be completed, could result in a net between $40,000 and $110,000 USD." They did not claim an exemption in the asset. (Doc. No. 1).

3.  The Trustee requested information from the Debtors regarding this asset. In response, the Debtors emailed the Trustee photos of an apartment complex located in the Philippines that they said was owned by ORBA and they stated Debtor Michael Ortiz is a "part-owner" of ORBA along with his brother Dr. Joseph B. Ortiz, and their Sister Felicitas B. Ortiz-Mulroy. (Edmonds Decl., ¶ 2, Ex. A).

4.  At the Trustee's direction, her counsel contacted the Debtors' counsel to conduct further inquiry regarding the exact nature of the asset, specifically whether the interest was an inheritance or stock in a corporation. In response, the Debtors provided the Trustee's counsel with a document entitled "General Information Sheet" for ORBA that identifies its officers and directors as Debtor Michael Ortiz, Dr. Joseph B. Ortiz, and Felicitas B. Ortiz-Mulroy. The Debtors' counsel told the Trustee's counsel that Joseph Ortiz and Felicitas Ortiz-Mulroy both

reside in the Philippines. The Debtors' counsel also told the Trustee's counsel the Debtors are not active in ORBA and rely on Joseph Ortiz to manage it. (Suntag Decl., ¶ 2, Ex. B)

    B.    <u>The Proposed Sale</u>

    5.    The Debtors, through their counsel, offered to purchase the estate's interest in ORBA from the Trustee for 500,000 Philippine Pesos, which converted to USD $11,264.70 when the funds were wire transferred to the Trustee, as described below (the "Purchase Price"). The Trustee's counsel attempted to negotiate with the Debtors' counsel for a higher price, but the Debtors' counsel told the Trustee's counsel the Purchase Price was all the funds they had available, they are unable to offer more, and, in fact, they do not actually have the funds themselves and will have to rely on Joseph Ortiz to provide the funds to them for the purchase. (Suntag Decl., ¶ 3).

    6.    The Trustee's counsel then asked the Debtors' counsel if the Debtors or Joseph Ortiz could provide additional information on how they arrived at the Purchase Price, given that the Debtors scheduled the inheritance as worth between $40,000 and $110,000 USD. The Debtors' counsel told the Trustee's counsel that the Debtors overstated its value. The Debtors provided partial financial statements for ORBA for 2010 to 2013 that confirm this: the financial statements show ORBA has assets worth approximately USD $15,467,[1] which have generated either a loss or only modest income to ORBA during the past several years (in USD: -$38,392 in 2010, $493 in 2011, -$246 in 2012, and $1,646 in 2013). The Debtors' counsel also

---

1    U.S. Dollars are calculated using the conversion rate of 44.61 Philippines Peso per 1 United States Dollar. The rate was determined by consulting the U.S. Department of Treasury historical exchanges rates for March 31, 2014, the time period just prior to the filing of the instant case. (Last accessed at http://fiscal.treasury.gov/fsreports/rpt/treasRptRateExch/ historicalRates.htm on 1/29/15).

CHAPTER 7 TRUSTEE'S MOTION FOR
AUTHORIZATION TO SELL    3
PROPERTY OF THE ESTATE

HERUM \ CRABTREE \ SUNTAG
ATTORNEYS

told the Trustee's counsel the Debtors relied on Joseph Ortiz for the value of ORBA. (Suntag Decl., ¶ 4, Ex. C).

7.　The Trustee considered other methods to value the estate's interest in ORBA, including conducting Rule 2004 examinations of the other owners of ORBA and employing an accountant to review the corporation's records. However, the other owners of ORBA reside out of the country and it would be difficult, if not impossible, and very expensive to try to compel them to appear for an examination or to produce complete corporate documents. In addition, the Trustee believed she would need an attorney familiar with Philippine corporations and the apparent value of the asset did not justify this. In addition, the Trustee considered the dilapidated condition of the real property, based on the photographs the Debtors provided. Based on these facts, the Trustee determined these other options were not feasible as the expense would outweigh any potential benefit and the estate has no cash except for any proceeds from this proposed sale. (Edmonds Decl., ¶ 3)

8.　The parties have signed a purchase and sale agreement (the "Agreement"). The Debtors caused the Purchase Price to be wire transferred to the Trustee. After conversion from Philippine Pesos to United States Dollars, the amount is USD $11,264.70. Trustee is holding these funds. (Edmonds Decl., ¶ 4, Ex. D).

9.　The sale is conditional on this Court granting this motion and the Trustee is amenable to overbidding at the hearing on terms that are agreeable to this Court. (Edmonds Decl. ¶ 5, Ex. D, ¶ 2).

10.　Bankruptcy Code Section 363(b) states that a trustee, after notice and a hearing, may sell property of the bankruptcy estate other than in the ordinary course of business.

11.　The Trustee believes the sale is in the best interest of creditors, as the estate is guaranteed payment of $11,264.70, without incurring additional fees and expenses. (Edmonds Decl., ¶ 6).

WHEREFORE, the Trustee respectfully requests that the Court grant this motion and that it grant such other and further relief as is appropriate.

Dated: January 30, 2015

HERUM\CRABTREE\SUNTAG
A California Professional Corporation

By: /s/ Dana A. Suntag
DANA A. SUNTAG
Attorneys for Chapter 7 Trustee
IRMA C. EDMONDS